AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY
COMPANY

        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

TOWN OF WESTFORD, WESTFORD BOARD
OF HEALTH, DARREN R. MACCAUGHEY,
SANDY COLLINS, R.N.; ZAC CATALDO, TODD
LOBO, TOM MAHANNA, JOANNE MARTEL,
JOSEPH GUTHRIE, JR., MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL
PROTECTION and ROBERT W. GOLLEDGE, JR.

**05 10806 RCL**

        Defendants

TO: (Name and address of defendant)

    Todd Lobo, Secretary
    Westford Board of Health
    55 Main Street
    Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert B. Culliford, Esq.
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    No. Billerica, MA 01862
    (978) 663-1029

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

APR 2 2 2005

DATE