AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY
COMPANY
        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

TOWN OF WESTFORD, WESTFORD BOARD
OF HEALTH, DARREN R. MACCAUGHEY,
SANDY COLLINS, R.N., ZAC CATALDO, TODD
LOBO, TOM MAHANNA, JOANNE MARTEL,
JOSEPH GUTHRIE, JR., MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL
PROTECTION and ROBERT W. GOLLEDGE, JR.
        Defendants

**05 10806 RCL**

TO: (Name and address of defendant)
Tom Mahanna
Westford Board of Health
55 Main Street
Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert B. Culliford, Esq.
Boston and Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1029

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

APR 2 2 2005

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint*was made by me ¹ | DATE<br>Wednesday, May 4, 2005 at 2:30 P.M. |
| NAME OF SERVER (PRINT)<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): (business subservice) by delivering attested copies to Laurie Lessard in-hand at Westford Board of Health, 55 Main Street, Westford, MA 01886, and by mailing copies first-class postage prepaid to same on Wednesday, May 4, 2005. *along with Civil Cover Sheet and Category Sheet

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 4, 2005
              *Date*

Signature of Server

Sullivan & Company, 21 George Street
*Address of Server*
Lowell, MA  01852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure