UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10806-RCL

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>              Plaintiffs<br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>              Defendants | DEFENDANTS TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, and JOSEPH GUTHRIE, JR.'S MOTION FOR AN ENLARGEMENT OF TIME<br>(Assented-to) |

      Now come defendants Town of Westford, Westford Board of Health, Darren R. MacCaughey, Sandy Collins, R.N., Zac Cataldo, Todd Lobo, Tom Mahanna, Joanne Martel and Joseph Guthrie, Jr. ("Town") pursuant to Fed.R.Civ.P. 6(b)(1) and hereby move for an enlargement of time up to, and including, June 24, 2005 in order to file an Answer to the Complaint.

      As grounds therefor, the Town states that the additional time requested is necessary in order to frame a reasoned response to the Complaint. No prejudice to any party will result from

the allowance of this motion and plaintiff's counsel has assented to same.

|  |  |
|---|---|
| DEFENDANTS TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., | Assented to: PLAINTIFFS, By their attorneys, |
| By their attorney, | /s/ Katherine E. Potter_____ Robert M. Culliford (BBO # 638468) Katherine E. Potter (BBO # 651726) Iron Horse Park |
| /s/ Joseph L. Tehan, Jr._____ Joseph L. Tehan, Jr. (BBO # 494020) Kopelman and Paige, P.C. 31 St. James Avenue Boston, MA  02116 (617) 556-0007 | N. Billerica, MA  01862 (978) 663-1029 |

251444/METG/0624