UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF WESTFORD, et al )<br>)<br>Defendants, )<br>) | Case No. 05-10806 - MLW |

**PLAINTIFFS' REFUSAL OF CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Plaintiffs, Boston and Maine Corporation and Springfield Terminal Railway Company, hereby decline to consent to the exercise of jurisdiction by a United States Magistrate Judge.

Respectfully submitted,

**BOSTON AND MAINE CORPORATION**
**SPRINGFIELD TERMINAL RAILWAY CO.**

/s/ Katherine E. Potter
Katherine E. Potter
BBO#651726
Iron Horse Park
North Billerica, MA 01862

Phone: (978) 663-1215

Date:   July 27, 2005