UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 OCT -5 P 3:2?

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 05-10806-RCL

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY
COMPANY,

   Plaintiffs

v.

TOWN OF WESTFORD, WESTFORD BOARD
OF HEALTH, DARREN R. MACCAUGHEY,
SANDY COLLINS, R.N., ZAC CATALDO,
TODD LOBO, TOM MAHANNA, JOANNE
MARTEL, JOSEPH GUTHRIE, JR.,
MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION and
ROBERT W. GOLLEDGE, JR.,

   Defendants

DEFENDANT, TOWN OF
WESTFORD'S LOCAL RULE
16.1(D)(3) CERTIFICATE

Now comes defendant Town of Westford, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*[signature]*
Steven L. Ledoux, Town Manager
On behalf of the
Town of Westford

COUNSEL TO DEFENDANT
TOWN OF WESTFORD,

*[signature]*
Joseph L. Tehan, Jr. (BBO# 494020)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

262072/60700/0624