UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10806-RCL

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>    Plaintiffs<br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>    Defendants | DEFENDANTS', TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, AND JOSEPH GUTHRIE, JR., ("DEFENDANTS") VOLUNTARY DISCLOSURE OF DISCOVERABLE INFORMATION PURSUANT TO FED.R.CIV.P.26(a)(1) |

Now come the defendants in the above-captioned matter, pursuant to Fed.R.Civ.P. 26(a)(1) and hereby disclose that the following individuals are likely to have discoverable information that the defendants may use to support their defenses and that the following documents are in the possession, custody and control of the defendants and may be used thereby in support of their defenses:

A. The Name and, if Known, the Address and Telephone Number of Each Individual Likely to Have Discoverable Information That the Defendants May Use in Support of Their Defenses

    1. Plaintiffs

    2. Darren R. MacCaughey
Director of Environmental Services
Town of Westford Board of Health
Town Hall
55 Main Street
Westford, MA

       3.      Zac Cataldo
　　　　　　　Town of Westford Board of Health
　　　　　　　Town Hall
　　　　　　　55 Main Street
　　　　　　　Westford, MA

       4.      Todd Lobo
　　　　　　　Town of Westford Board of Health
　　　　　　　Town Hall
　　　　　　　55 Main Street
　　　　　　　Westford, MA

       5.      Tom Mahanna
　　　　　　　Town of Westford Board of Health
　　　　　　　Town Hall
　　　　　　　55 Main Street
　　　　　　　Westford, MA

       6.      Joanne Martel
　　　　　　　Town of Westford Board of Health
　　　　　　　Town Hall
　　　　　　　55 Main Street
　　　　　　　Westford, MA

       7.      Joseph Guthrie, Jr.
　　　　　　　Town of Westford Board of Health
　　　　　　　Town Hall
　　　　　　　55 Main Street
　　　　　　　Westford, MA

       8.      Michael Kopko
　　　　　　　53 N. Main Street
　　　　　　　Westford, MA

B.    A Copy of , or a Description by Category and Location of, All Documents, Data Compilations, and Tangible Things That Are in the Possession, Custody or Control of the Defendants Which the Defendants May Use to Support their Defenses.

      1.    Westford's Board of Health undated Enforcement Letter;

      2.    Westford's Board of Health Complaint Form dated February 4, 2005.

C. <u>Applicable Insurance Agreements</u>

    Metrogard / Diplomax, Public Officials Liability Policy, Policy No. XP31000446

DEFENDANTS TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR.,

By their attorneys

/s/ Sarah N. Turner
Joseph L. Tehan, Jr. (BBO # 494020)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

263847/60700/0624