UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH P. GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR., <br><br> Defendants. | Case No. 05 CV-10806 MLW |

**RULE 26(a)(1) INITIAL DISCLOSURE BY COMMONWEALTH DEFENDANTS**

The Massachusetts Department of Environmental Protection and Robert Golledge, Jr., (jointly the "Department") hereby submit their Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

1. Individuals with Discoverable Information

    At this time the Commonwealth knows the identity of no individuals with discoverable information.

2. Documents

    The Commonwealth possesses no discoverable documents at this time; however, the Commonwealth will supplement this disclosure should responsive documents become available in the future.

3.   <u>Damages</u>

There is no evidence of damages.

4.   <u>Insurance</u>

There is no applicable policy of insurance.

5.   <u>Settlement</u>

No settlement demands have been made.

                            **COMMONWEALTH OF MASSACHUSETTS**

                            By its attorneys,

                            /s/ Nora J. Chorover

Dates:  October 21, 2005      ————————————————

                            Nora J. Chorover, BBO #547352
                            Assistant Attorney General
                            Environmental Protection Division
                            One Ashburton Place, 18th Floor
                            Boston, MA 02108
                            (617) 727-2200

CERTIFICATE OF SERVICE

      I hereby certify that a copy of these Initial Disclosures were sent by first class mail on October 21, 2005 to:

Robert B. Culliford, Esq.
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116

                                                  /s/  Kenneth P. Borden, Jr.
                                                  _____
                                                  Kenneth P. Borden, Jr.