UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH P. GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR.,<br><br>        Defendants. | Case No. 05 CV 10806 MLW |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

Now comes the Boston and Maine Corporation and Springfield Terminal Railway Company, through its authorized representative and the undersigned counsel and hereby affirms that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.

Respectfully submitted,

/s/ Robert B. Culliford                      /s/ David A. Fink
Robert B. Culliford                          Boston and Maine Corp.
BBO# 638468                                  Springfield Terminal Railway Co.
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@flypanam.com

Attorney for the:
Boston & Maine Corporation
Springfield Terminal Railway Co.


Dated: October 22, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that true copies of the foregoing documents were served in hand on October 22, 2005 upon:

Nora J. Chorover, Esq.
Commonwealth of Massachusetts
Office of Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Joseph L. Tehan, Jr.
Sarah N. Turner
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116


Dated: October 22, 2005

      /s/ Robert B. Culliford
      Robert B. Culliford