UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO.,<br><br>      Plaintiffs,<br><br>    v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH P. GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR.,<br><br>      Defendants. | Case No. 05 CV-10806 MLW |

## **LOCAL RULE 16.1 (D)(3) CERTIFICATION**

The defendants Massachusetts Department of Environmental Protection and Robert Golledge, Jr. (collectively "Department") hereby affirm through their authorized representative and counsel that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

1

                **COMMONWEALTH OF MASSACHUSETTS**

                By its attorneys,

                /s/ Nora J. Chorover
                _____

                Nora J. Chorover, BBO #547352
                Assistant Attorney General
                Environmental Protection Division
                One Ashburton Place, 18th Floor
                Boston, MA 02108
                (617) 727-2200

Dated: October 24, 2005