UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTNAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>    Defendants. | C.A. NO. 05-10806-RCL |

**NOTICE OF APPEARANCE**

Now comes the undersigned counsel and hereby notices her appearance on behalf of the Plaintiffs in the above-referenced action.

Dated:  January 23, 2006

                              Respectfully submitted,

                              */s/ Alexandra B. Schmit*
                              Alexandra B. Schmit (BBO# 662942)
                              14 Aviation Avenue
                              Portsmouth, NH 03801
                              Tel. 603-766-2006
                              aschmit@bmairways.com

                              *Counsel for Plaintiffs*
                                  *Boston and Maine Corporation*
                                  *Springfield Terminal Railway Company*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2006.