UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Boston and Maine Corp., et al., )<br>)<br>Plaintiffs, )<br>)<br>- v - )<br>)<br>Town of Westford, et al., )<br>)<br>Defendants. ) | Case Number: 05-10806-MLW |

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiffs, Boston and Maine Corp. and Springfield Terminal Railway Co.

I certify that I am admitted to practice in this court by pro hac vice order entered February 23, 2006.

Date: February 24, 2006

*[signature]*
Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Phone: 202-282-5706
Fax:   202 282-5100

Counsel for Plaintiffs