UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>     Plaintiffs,<br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTNAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>     Defendants. | C.A. NO. 05-10806-RCL |

**MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

Pursuant to Rule 7(b) of the Rules of Civil Procedure and Rules 7.1 and 83.5.2(c) of this Court, Alexandra B. Schmit hereby moves for leave of court to withdraw as counsel for the Plaintiffs in this matter. In support of this motion, Ms. Schmit states that she will leave the employ of the Plaintiffs as of June 30, 2006 and attorneys of record Robert B. Culliford and Eric L. Hirschhorn will continue to represent the Plaintiffs in this matter.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that she and counsel for Defendants have conferred and counsel for Defendants do not object to this motion.

Dated:  June 30, 2006

Respectfully submitted,

*/s/ Alexandra B. Schmit*
Alexandra B. Schmit (BBO# 662942)
14 Aviation Avenue
Portsmouth, NH 03801
Tel. 603-766-2006
aschmit@bmairways.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 30, 2006.

*/s/ Alexandra B. Schmit*
Alexandra B. Schmit