UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10806-RCL

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>                  Plaintiffs<br>v.<br><br>TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>                  Defendants | DEFENDANTS, TOWN OF WESTFORD AND WESTFORD BOARD OF HEALTH'S MOTION AND ASSENT-TO CO-DEFENDANT'S MOTION TO <u>CONTINUE STATUS CONFERENCE</u> |

      Now come the defendants, Town of Westford and Westford Board of Health, at the request of this Court, and hereby reiterate their assent to the motion made by co-defendant, Town of Chelmsford and Chelmsford's Board of Health, in consolidated Civil Action No. 2004-12069-RCL, that the Status Conference currently scheduled for July 18, 2006, be continued to a date in August, and hereby join in said motion. The available dates provided to this Court by the Town of Chelmsford include August 1, 2, 3, 4, 8, 9, 15, 16, or 17. The Town of Westford and the Westford Board of Health further state that they are available on any of these dates represented to this Court by the Town of Chelmsford.

WHEREFORE, the Town of Westford and Westford Board of Health respectfully request that the Status Conference be continued to a date in August 2006.

DEFENDANTS TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR.,

By their attorneys

/s/ Sarah N. Turner
Joseph L. Tehan, Jr. (BBO # 494020)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Sarah N. Turner, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Sarah N. Turner

286578/60700/0624