UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, ET AL. <br> Plaintiffs, <br> v. <br> TOWN OF CHELMSFORD, ET AL. <br> Defendants. | Case No.: 04-12069-MLW |
| BOSTON AND MAINE CORPORATION, ET AL. <br> Plaintiffs, <br> v. <br> TOWN OF WESTFORD, ET AL. <br> Defendants. | Case No.: 05-10806-MLW |
| BOSTON AND MAINE CORPORATION, ET AL. <br> Plaintiffs, <br> v. <br> TOWN OF ANDOVER, ET AL. <br> Defendants. | Case No.: 04-10820-MLW |

**MOTION OF PLAINTIFFS BOSTON AND MAINE CORPORATION AND SPRINGFIELD TERMINAL RAILWAY COMPANY TO DISMISS THESE ACTIONS WITHOUT PREJUDICE**

Pursuant to Rules 7(b) and 41(a)(2) of the Federal Rules of Civil Procedure and Rule 7.1(B)(1) of the Rules of this Court, Plaintiffs hereby move for an order of this Court dismissing the above referenced actions without prejudice. This motion is

unopposed by Defendants Town of Andover, Town of Chelmsford and the Commonwealth of Massachusetts, and Defendant Town of Westford expects to inform the Court of its position early next week after consultation with Town officials.

Pursuant to Rule 7.1(A)(2), counsel for Plaintiffs certifies that he has conferred with counsel for each Defendant.

Respectfully submitted,

/s/ Robert B. Culliford
Robert B. Culliford
BBO# 638468
14 Aviation Avenue
Portsmouth, NH 03801
(603) 766-2002
rculliford@flypanam.com

*Attorney for Plaintiffs*
*Boston and Maine Corporation*
*Springfield Terminal Railway Co.*

**Dated: August 18, 2006**

## CERTIFICATE OF SERVICE

    I hereby certify that true copies of the foregoing documents were served on August 18, 2006 on counsel for all Defendants.

**Dated:  August 18, 2006**

                                                                                            /s/ Robert B. Culliford
                                                                             Robert B. Culliford