UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, ET AL.,<br><br>       Plaintiffs<br>v.<br><br>TOWN OF CHELMSFORD, ET AL.,<br><br>       Defendants | Case No. 04-12069-MLW |
| BOSTON AND MAINE CORPORATION, ET AL.,<br><br>       Plaintiffs<br>v.<br><br>TOWN OF WESTFORD, ET AL.,<br><br>       Defendants | Case No. 05-10806-MLW |
| BOSTON AND MAINE CORPORATION, ET AL.,<br><br>       Plaintiffs<br>v.<br><br>TOWN OF ANDOVER, ET AL.,<br><br>       Defendants | Case No. 05-10820-MLW |
| | (consolidated actions) |

DEFENDANT TOWN OF WESTFORD'S NOTICE OF
<u>NO OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS</u>

Now come defendant Town of Westford in the above-captioned consolidated actions and

hereby states that it does not oppose plaintiff's motion to dismiss same.

DEFENDANTS TOWN OF WESTFORD, WESTFORD BOARD OF HEALTH, DARREN R. MACCAUGHEY, SANDY COLLINS, R.N., ZAC CATALDO, TODD LOBO, TOM MAHANNA, JOANNE MARTEL, JOSEPH GUTHRIE, JR.,

By its attorney,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Joseph L. Tehan, Jr., certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Joseph L. Tehan, Jr.

291042/METG/0624